AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-2695-GHW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Detective David Terrell

was received by me on *(date)*   05/16/2017   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   Defendant was not found   ; or

☐ Other *(specify)*:

My fees are $ 65.00 for travel and $ 0.00 for services, for a total of $ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 06/23/2017

*Server's signature*

Juan de los Santos, New York Process Server No. 1223229
*Printed name and title*

54 Bristol Street, Suite 7F
Brooklyn, New York 11212

*Server's address*

Additional information regarding attempted service, etc:

On June 17, 2017 at 02:26 p.m., I attempted service of the summons in a civil action and complaint with jury demand, in this matter, on defendant Detective David Terrell at 830 Washington Avenue, Bronx, New York 10451. According to John Doe 1 (Did not provide name), NYPD officer, said defendant is no longer working at the 42nd Precinct. According said interviewee, said defendant is currently working at 100 Centre Street, New York, NY 10007 (NY Criminal Court). On June 22, 2017 at 12:01 p.m., at 100 Centre Street, New York, NY 10007, I interviewed John Doe 2 (Did not provide name), officer of NY Criminal Court. From said interview, I learned that said defendant was unknown at said location. No additional information about the defendant was provided by the said interviewee.

**Juan de los Santos**
New York Process Server #1223229
54 Bristol St. # 7F

Case 1:17-cv-02695-GHW   Document 6   Filed 04/14/17   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

S.N. by his mother and natural guardian
PATRICE NELSON

*Plaintiff(s)*

v.

THE CITY OF NEW YORK, DETECTIVE DAVID
TERRELL, and JANE DOE,

*Defendant(s)*

Civil Action No. 17-CV-2695

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DETECTIVE DAVID TERRELL
NEW YORK CITY POLICE DEPARTMENT
42nd PRECINCT
830 WASHINGTON AVENUE
BRONX, NY 10451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

NWOKORO & SCOLA, ESQUIRES
44 WALL STREET, SUITE 1218
NEW YORK, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/14/2017

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

