# Nwokoro & Scola, Esquires
## Attorneys At Law

30 Broad Street, Suite 1424, New York, New York 10004
Phone: (212) 785-1060          Fax: (212) 785-1066
Email: emekanwokoro101@yahoo.com

May 21, 2018

**By ECF**
The Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Shawn Nardoni v. The City of New York, et al,
Case No. 17-CV-2695 (GHW)

Your Honor:

The undersigned is a partner in the law firm of Nwokoro & Scola, Esquires, attorney for the plaintiff. I write in compliance with the court's order of May 16, 2018, directing plaintiff's counsel to show cause why the court should not sanction plaintiff's counsel for not appearing at the scheduled time for the post discovery status conference scheduled for May 16, 2018. As an initial matter, I apologize for my failure to appear at the duly scheduled conference.

My failure to appear for the conference was due to human error. It is my usual practice to calendar all conferences upon receipt of the Case Management Plan and Scheduling order. With respect to the scheduling order in this case, I inadvertently failed to calendar it at the appropriate time. As a result, I was completely unaware of the scheduled conference. The Court's order of May 11, 2018, would have adverted me to this mistake, however, during the period between May 11, 2018 and May 16, 2018, I was unusually busy and I did not have a chance to review the May 11, 2018 order prior to the scheduled conference of May 16, 2018.

Although the undersigned is at fault, I respectfully move the court not to sanction the undersigned as the failure to appear was not willful and is not part of a pattern of similar conduct on behalf of the undersigned.

Respectfully submitted,

_____
Chukwuemeka Nwokoro

cc: Jospeh Gutman, Asst. Corp. Counsel.
    By ECF.